IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–25–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDY WILLARD WIGNER, | |
| Defendant. | |

The government has filed an Unopposed Motion to Dismiss Indictment Without Prejudice. (Doc. 30.)

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED and the Indictment (Doc. 1) is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT, and all deadlines, including the trial set for October 19, 2020, are VACATED.

DATED this 9th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1